# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD WALTER LAW, AN INDIVIDUAL, IN PRO PER,

Appellant,

vs.

PROGRESSIVE DIRECT INSURANCE COMPANY,

Respondent.

No. 84059

FILED

JAN 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to dismiss. Second Judicial District Court, Washoe County; Kathleen M. Drakulich, Judge.

Review of the notice of appeal, docketing statement, and other documents before this court reveals a jurisdictional defect. The notice of appeal was prematurely filed in the district court after the filing of a timely tolling motion for reconsideration and before that tolling motion was resolved via a written order entered in the district court. *See* NRAP 4(a)(4) (regarding tolling motions); *AA Primo Builders LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (describing when a post-judgment motion carries tolling effect). To date, it appears the tolling motion remains pending in the district court. As this court lacks jurisdiction to consider a premature notice of appeal, *see* NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."), this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-01710

cc:     Hon. Kathleen M. Drakulich, District Judge
        Ronald Walter Law
        Dennett Winspear, LLP
        Washoe District Court Clerk